# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS A. MASCELLI,<br>    Plaintiffs<br><br>v.<br><br>CONSERVATION SERVICES GROUP, INC.,<br>DEBRA HANCHER AND DONNA ANGELICO,<br>    Defendants | CIVIL ACTION<br>NO. 3:11-cv-30273 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Conservation Services Group, Inc., et al., against the plaintiff Louis A. Mascelli, pursuant to the court's endorsed order entered this date, granting the defendants motion to dismiss.

                                            **SARAH A. THORNTON**,
                                            CLERK OF COURT

Dated: January 3, 2012                 By /s/ *Maurice G. Lindsay*
                                                  Maurice G. Lindsay
                                                  Deputy Clerk

(Civil Judgment (Routine) 3.wpd - 11/98)
       [jgm.]